*EXHIBIT D*

PLAINTIFF'S EXHIBIT LIST

    Pursuant to Local Rule 16.1 of the United States District Court for the Central District of Illinois, Plaintiff Marcus Fifer hereby submits the following exhibit list:

| No. | DESCRIPTION | ADMIT WITHOUT OBJECTION | AUTHENTICATION WAIVED | OBJECTION |
|---|---|---|---|---|
| 1 | Sgt. Todd Guy's Sangamon County Jail Incident Report (for impeachment purposes) | | | |
| 2 | Officer Robin Favre's Sangamon County Jail Incident Report (for impeachment purposes) | | | |
| 3-254 | Plaintiff's Medical Records, Bates Stamped 1-251 | | X | Defendants object to foundation as it relates to any of plaintiff's witnesses testifying to the contents or meaning of any information in plaintiff's medical records |
| 256 | Sangamon County Jail Surveillance Video (December 7, 2013) | | X | |
| 258 | Deposition Transcript of Tracy Hammitt (for impeachment | | | |

|     |                                                                          |  |  |  |
|-----|--------------------------------------------------------------------------|--|--|--|
|     | purposes)                                                                |  |  |  |
| 259 | Deposition Transcript of Dan Williams (for impeachment purposes)         |  |  |  |
| 260 | Deposition Transcript of Arun Abraham (for impeachment purposes)         |  |  |  |
| 268 | Deposition Transcript of Todd Guy (for impeachment purposes)             |  |  |  |
| 269 | Defendant's Answers to Plaintiff's Rule 26 Interrogatories               |  |  |  |
| 270 | Defendant's Answers to Plaintiff's Request to Produce                    |  |  |  |
|     |                                                                          |  |  |  |
|     |                                                                          |  |  |  |

*EXHIBIT E*

DEFENDANT'S EXHIBIT LIST

| No. | DESCRIPTION | ADMIT WITHOUT OBJECTION | AUTHENTICATION WAIVED | OBJECTION |
|---|---|---|---|---|
| 1 | Sangamon County Incident Report of Todd Guy | | | Hearsay (if used for purposes other than impeachment) |
| 2 | Sangamon County Incident Report of Officer Favre | | | Hearsay (if used for purposes other than impeachment) |
| 3-254 | Sangamon County Jail Records pages 1-251 | | X | |
| 255 | Sangamon County Grievance Forms | | X | |
| 256 | Video of 12/7/2013 | | X | |
| 257 | Deposition of Marcus Fifer for impeachment only | | | |
| 258 | Deposition Transcript of Tracy Hammitt to refresh recollection | | | |
| 259 | Deposition Transcript of Dan Williams (to refresh recollection) | | | |

| | | | | |
|---|---|---|---|---|
| 260 | Deposition Transcript of Arun Abraham May be read to jury if not available for trial | | | |
| 261 | Plaintiff's Answers to Interrogatories | | | |
| 262 | Plaintiff's Complaint | | | |
| 263 | Statement of Chris Wortley | | | Hearsay (unless offered for impeachment purposes) |
| 264 | Statement of James Williams Jr | | | Hearsay (unless offered for impeachment purposes) |
| 265 | Statement of Michael Reed | | | Hearsay (unless offered for impeachment purposes) |
| 266 | Statement of Terry Green | | | Hearsay (unless offered for impeachment purposes) |
| 267 | Defendants may use any and all documents produced by Plaintiff's in discovery but | | | Plaintiff counsel reserves the right to object to use of specific documents at trial depending on what counsel uses them for |