IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARCUS BRENT FIFER,            )
                               )
Plaintiff,                     )
                               )
v.                             )   No. 13-3422
                               )
                               )
TODD GUY,                      )
                               )
                               )
Defendant.                     )

## JURY VERDICT

1. On Plaintiff Marcus Brent Fifer's claim of excessive force against Defendant Todd Guy, we find in favor of:

_____*Defendant Todd Guy*_____
(write Plaintiff Marcus Brent Fifer or Defendant Todd Guy)

*If you found in favor of Plaintiff, fill in the total amount of compensatory damages you award. If you found in favor of Defendant, skip number 2 and number 3: you will not award any damages.*

2. Having found in favor of Plaintiff, we assess compensatory damages in the amount of _$_____.

*If you found in favor of Plaintiff but found that Plaintiff failed to prove compensatory damages, then write $1.00 for compensatory damages.*

*If you found in favor of Plaintiff, then in addition to the compensatory damages awarded above, you may, but are not required to, award punitive damages against the Defendant. If you found in favor of Defendant on all claims, skip number 3: you will not award any damages.*

**3.** Having found in favor of Plaintiff, we assess punitive damages, if any, as follows:

*Fill in the amount of punitive damages awarded. Do not award punitive damages against Defendant if you found in favor of the Defendant.*

Defendant <u>Todd Guy:</u> $_____

*Fill in the date, and each juror must sign the form.*

Date: May 18, 2016

s/Juror
_____
Presiding Juror

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____