3:13-cv-03422-TSH   # 117   Filed: 05/18/16   Page 1 of 4

E-FILED
Friday, 20 May, 2016 03:33:52 PM
Clerk, U.S. District Court, ILCD

3:13-cv-03422-TSH   # 112   Page 1 of 4

E-FILED
Friday, 13 May, 2016  04:47:30 PM
Clerk, U.S. District Court, ILCD

*EXHIBIT D*

PLAINTIFF'S EXHIBIT LIST

Pursuant to Local Rule 16.1 of the United States District Court for the Central District of Illinois, Plaintiff Marcus Fifer hereby submits the following exhibit list:

*Marked*

| No. | DESCRIPTION | ADMIT WITHOUT OBJECTION | AUTHENTICATION WAIVED | OBJECTION |
|---|---|---|---|---|
| 1 *(5-17-16)* | Sgt. Todd Guy's Sangamon County Jail Incident Report (for impeachment purposes) | | | |
| 2 | Officer Robin Favre's Sangamon County Jail Incident Report (for impeachment purposes) | | | |
| 3-254 *(5-18-16)* | Plaintiff's Medical Records, Bates Stamped 1-251 | 18, 20, 36, 37, 43, 48, 50, 52, 68, 69, 115   Docs 1-6, 116, 117 Denied 5-18-16   All admitted on 5-18-16 | X | Defendants object to foundation as it relates to any of plaintiff's witnesses testifying to the contents or meaning of any information in plaintiff's medical records |
| 256 | Sangamon County Jail Surveillance Video (December 7, 2013) | | X | |
| 258 | Deposition Transcript of Tracy Hammitt (for impeachment | | | |

1

Marked

5-18-16

| | | | | |
|---|---|---|---|---|
| | | purposes) | | |
| | 259 | Deposition Transcript of Dan Williams (for impeachment purposes) | | |
| | 260 | Deposition Transcript of Arun Abraham (for impeachment purposes) | | |
| | 268 | Deposition Transcript of Todd Guy (for impeachment purposes) | | |
| | 269 | Defendant's Answers to Plaintiff's Rule 26 Interrogatories | | |
| | 270 | Defendant's Answers to Plaintiff's Request to Produce | | |
| | | | | |
| | | | | |

## EXHIBIT E

## DEFENDANT'S EXHIBIT LIST

Marked

| No. | DESCRIPTION | ADMIT WITHOUT OBJECTION | AUTHENTICATION WAIVED | OBJECTION |
|---|---|---|---|---|
| 1 | Sangamon County Incident Report of Todd Guy | | | Hearsay (if used for purposes other than impeachment) |
| 2 | Sangamon County Incident Report of Officer Favre | | | Hearsay (if used for purposes other than impeachment) |
| 3-254 [5-16-16] | Sangamon County Jail Records pages 1-251 | * See below and next Page | X | 7, 17 - Denied 5-17-16 |
| 255 | Sangamon County Grievance Forms | | X | |
| 256 | Video of 12/7/2013 | 5-17-16 | X | |
| 257 [5-16-16] | Deposition of Marcus Fifer for impeachment only | 5-17-16 Pgs. 1-5, 55-64, 68 | | |
| 258 | Deposition Transcript of Tracy Hammitt to refresh recollection | | | |
| 259 | Deposition Transcript of Dan Williams (to refresh recollection) | | | |

\* Exhibits 35, 42 & 64 Admitted w/out obj - 5/17/16
Exhibits 80, 81, 82, 83 Admitted w/out obj - 5/17/16
Exhibits 28, 32 - Admitted over obj but w/ redaction 5-17-16
Exhibits 33, 84 - Admitted w/out obj - 84 to be redacted - 5-17-16
Exhibit 29 - Admitted over obj - 5-17-16

3

Marked

5-16-16

| | | | | | |
|---|---|---|---|---|---|
| | 260 | Deposition Transcript of Arun Abraham May be read to jury if not available for trial | | | |
| | 261 | Plaintiff's Answers to Interrogatories | | | |
| | 262 | Plaintiff's Complaint | | | |
| | 263 | Statement of Chris Wortley | | | Hearsay (unless offered for impeachment purposes) |
| | 264 | Statement of James Williams Jr | | | Hearsay (unless offered for impeachment purposes) |
| | 265 | Statement of Michael Reed | | | Hearsay (unless offered for impeachment purposes) |
| | 266 | Statement of Terry Green | | | Hearsay (unless offered for impeachment purposes) |
| | 267 | Defendants may use any and all documents produced by Plaintiff's in discovery but | | | Plaintiff counsel reserves the right to object to use of specific documents at trial depending on what counsel uses them for |

\* Exhibit 31 admitted w/out obj - 5-17-16
Exhibit 27 admitted w/out obj - 5-18-16

4